```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 21063
   DENISE WILEY
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-9966

------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 11/09/2007 and was confirmed 01/30/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/19/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
GREEN TREE SERVICING LLC CURRENT MORTG        .00            .00            .00
GREEN TREE SERVICING LLC MORTGAGE ARRE     954.05            .00         954.05
CHASE AUTO FINANCE       SECURED VEHIC    9000.00         448.35        1915.85
CHASE AUTO FINANCE       NOTICE ONLY    NOT FILED            .00            .00
CHASE AUTO FINANCE       NOTICE ONLY    NOT FILED            .00            .00
GREEN TREE FINANCING     NOTICE ONLY    NOT FILED            .00            .00
GREENTREE MORTGAGE CO    NOTICE ONLY    NOT FILED            .00            .00
PIERCE & ASSOC           NOTICE ONLY    NOT FILED            .00            .00
ROUNDUP FUNDING LLC      UNSEC W/INTER    2616.47            .00            .00
APPLIED CARD BANK        UNSEC W/INTER  NOT FILED            .00            .00
BANKFIRST                UNSEC W/INTER  NOT FILED            .00            .00
CITY OF COUNTRY CLUB HIL UNSEC W/INTER  NOT FILED            .00            .00
CONSECO FINANCE          UNSEC W/INTER  NOT FILED            .00            .00
CREDITORS COLLECTION BUR UNSEC W/INTER  NOT FILED            .00            .00
FIRST PREMIER BANK       UNSEC W/INTER  NOT FILED            .00            .00
FORD MOTOR CREDIT CORP   UNSEC W/INTER  NOT FILED            .00            .00
BOWMAN HEINTZ BOSCIA & M NOTICE ONLY    NOT FILED            .00            .00
GEMB/JCPENNY             UNSEC W/INTER  NOT FILED            .00            .00
HOEKSTRA HEATING         UNSEC W/INTER  NOT FILED            .00            .00
HOMEWOOD DISPOSAL SERVIC UNSEC W/INTER  NOT FILED            .00            .00
NATIONAL CREDIT ADJUSTER UNSEC W/INTER  NOT FILED            .00            .00
HSBC                     UNSEC W/INTER  NOT FILED            .00            .00
MARRIOTT EMPLOYEES FEDER UNSEC W/INTER  NOT FILED            .00            .00
MIDNIGHT VELVET          UNSEC W/INTER     207.38            .00            .00
NICOR GAS                UNSEC W/INTER  NOT FILED            .00            .00
ASSET MANAGEMENT         UNSEC W/INTER  NOT FILED            .00            .00
PROVIDIAN                UNSEC W/INTER  NOT FILED            .00            .00
ARROW FINANCIAL SERVICES UNSEC W/INTER  NOT FILED            .00            .00
RMI/MCSI                 UNSEC W/INTER    2249.85            .00            .00
LELAND SCOTT & ASSOC     UNSEC W/INTER  NOT FILED            .00            .00
CHASE AUTO FINANCE       UNSEC W/INTER     686.01            .00            .00
JEFFERSON CAPITAL SYSTEM UNSEC W/INTER     708.85            .00            .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 21063 DENISE WILEY
```

```
ORAL & MAXILLOFACIAL SUR  UNSEC W/INTER      134.40              .00              .00
ASPIRE                    UNSEC W/INTER NOT FILED                .00              .00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY      2,854.00                          2,854.00
TOM VAUGHN                TRUSTEE                                              528.75
DEBTOR REFUND             REFUND                                                  .00
```

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
```
TRUSTEE                6,701.00

PRIORITY                                            .00
SECURED                                        2,869.90
    INTEREST                                     448.35
UNSECURED                                           .00
ADMINISTRATIVE                                 2,854.00
TRUSTEE COMPENSATION                             528.75
DEBTOR REFUND                                       .00
                      ---------------      ---------------
TOTALS                 6,701.00                6,701.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 02/25/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE